FILED

12/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

## IN THE SUPREME COURT FOR THE STATE OF MONTANA

### No. DA 20-0457, DA 20-0458

IN THE MATTER OF:

K.D.H. AND K.L.H.

Youths In Need Of Care.

### ORDER

Upon consideration of Mother and Appellant's Motion To Consolidate Cases, and with good cause shown, it is hereby ORDERED that the above-captioned cases will be consolidated for purposes of appeal under Cause No. DA 20-0457.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2020